NEW ZEALAND INSURANCE COMPANY v. BRAD-
BEER.

No. 19,192; October 10, 1893.

34 Pac. 445.

**Appeal.**—Where the Evidence, Though Conflicting, is quite suffi-
cient to support the findings of the lower court, the judgment based
on such findings will not be reversed on appeal.

APPEAL from Superior Court, Los Angeles County;
Walter Van Dyke, Judge.

Action by the New Zealand Insurance Company against
George Bradbeer. From a judgment for plaintiff, defendant
appeals. Affirmed.

Ben Goodrich for appellant; John D. Pope and Lacy &
Trask for respondent.

PER CURIAM.—The plaintiff, a foreign corporation, was
engaged in the insurance business in this state from July,
1887, to and including January, 1891. Its principal place
of business was in the city of San Francisco, but it had a
branch office in the city of Los Angeles. From January, 1888,
to January 10, 1891, defendant was the agent of plaintiff, and
the manager of its business at its Los Angeles office, and as
such was charged with the receipt and disbursement of its
funds at that office. In August, 1891, plaintiff brought this
action to recover from defendant the sum of $1,600, alleged
to have been collected by him as such agent and manager from
various persons to and for the use of plaintiff, and not paid
over or accounted for, though demand for its payment had
been made. The answer of defendant was a general denial.
The case was tried without a jury, and the court found, in
effect, that the defendant had received for and on account of
the plaintiff sums of money which he had not paid over nor
accounted for, aggregating, with the interest thereon, $798.95.
The court accordingly gave judgment in favor of the plaintiff
for the sum named, from which, and from an order denying
his motion for a new trial, the defendant appeals.

The principal contention on the part of the appellant is that the findings were not justified by the evidence. The evidence brought up in the transcript covers more than two hundred and twenty printed pages, and it would subserve no useful purpose to attempt to set it out or state its substance. A careful inspection of the record, however, shows that, while the evidence is conflicting in many respects, it is still quite sufficient to uphold and justify the findings. The judgment, therefore, cannot be reversed on this ground.

The only other ground urged for a reversal is that the findings do not cover all the issues raised in the case. This point cannot be sustained. The findings are full and explicit as to all the items for which judgment was given in favor of the plaintiff; and, as to the others, no special findings were necessary, for the reason that as to them the judgment was in effect in favor of the defendant. It results that the judgment and order appealed from must be affirmed, and it is so ordered.